UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

CHW, LLC

| *Plaintiff* | ) | |
|---|---|---|
| v. | ) | Civil Action No. 3:24-CV-00790 |
| | ) | |
| FIRST LITE, LLC | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

First Lite LLC
1020 Business Park Drive
Suite A
Hailey, Idaho 83333

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Matthew S. DeAntonio
BRADLEY ARANT BOULT CUMMINGS LLP
214 North Tryon Street, Suite 3600
Charlotte, NC 28037
Telephone: 704-338-6115
Facsimile: 704-332-8858

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

Date: 08/28/2024

Katherine Hord Simon, Clerk
United States District Court

**Civil Action No.**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____
**was received by me on** *(date)* _____.

☐     **I personally served the summons on the defendant at**
       *(place)*_____
       **on** *(date)* _____ ; **or**

☐     **I left the summons at the individual's residence or usual place of abode with** *(name)*
       _____ **, a person of suitable age and discretion who**
       **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
       **known address; or**

☐     **I served the summons on** *(name of individual)* _____,
       **who is designated by law to accept service of process on behalf of** *(name of organization)*
       _____ **on** *(date)* _____; **or**

☐     **I returned the summons unexecuted because** _____; **or**

☐     **Other** *(specify)***:**
       _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____                _____
                                                                        **Server's signature**

                                                                         _____
                                                                         **Printed name and title**

                                                                         _____
                                                                         **Server's address**

**Additional information regarding attempted service, etc:**